# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA and
DANIEL KAPP (Revenue Officer of the
IRS),**

        **Plaintiffs,**

-vs-                       Case No. 6:10-cv-368-Orl-31DAB

**FLOYD D. HOWELL,**

        **Defendant.**

## ORDER

This matter, which arises from an effort to enforce an IRS summons, was recently transferred to this Court from the United States District Court for the Western District of Pennsylvania. In accordance with the regular procedures of this Court, this matter is hereby **REFERRED** to Magistrate Judge Baker for disposition.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 25, 2010.

                                                  **GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party